UNITED STATES BANKRUPTCY COURT
WESTERN DISTRCIT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:                                                      CASE NO 19-30643

Jefferson W. Neal                                           CHAPTER 13
DEBTOR                                                      JUDGE: Alan C. Stout

## MOTION TO INCUR CREDIT POST FILING

Debtor, JEFFERSON W. NEAL, By counsel , Christopher T. Kurtz, Attorney (movant), respectfully moves the Court for authority to incur credit and in support of the Motion submits the following information:

1. The debtors first mortgage with Stocky Yards Bank & Trust Company matures on or before May 6, 2019.

2. The attached consumer Loan Change Authorization extends the term of the loan to May 6, 2020.

3. No additional monies are being lent or borrowed under the consumer Loan change Authorization.

4. Purpose: Renew the mortgage against debtors primary residence for another year.

Dated :04/23/2019  Respectfully Submitted,

/s/ Christopher T. Kurtz
Christopher T. Kurtz, Attorney
608 Baxter Avenue
Louisville, KY 40204
Phone (502) 749-3600
Fax (502) 749-3766
E-mail: chris@paulconwaylaw.com

The statements in the foregoing Motion are true to the best of my knowledge and belief.

**CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing was mailed on April 23, 2019 to all parties having entered their appearance but not receiving same electronically.

/s/ Christopher T. Kurtz
Christopher T. Kurtz, Attorney