Bill Garrett   Davidson County
Batch# 115663   **DEEDWARR**
07/12/2018 11:10:34 AM   2 pgs
Fees: $13.00  Taxes: $2,312.50

STATE OF TENNESSEE
COUNTY OF Williamson         20180712-0067512

The actual consideration or value, whichever is greater, for this transfer is $625,000.00.

_____
Affiant

Subscribed and sworn to before me, this 6th day of July, 2018.

_____
Notary Public

My commission expires: 12/15/21


(Notary Stamp)

THIS INSTRUMENT PREPARED BY:
Keith H. Solomon, Attorney
SolomonParks Title & Escrow
4025 Hillsboro Pike, Suite 601, Nashville, TN 37215

## WARRANTY DEED

| Address of New Owner | Send Tax Bills To | Map-Parcel Number |
|---|---|---|
| EJN Properties, LLC | New Owner | 092-16-0E-170.00-CO |
| 900 20th Avenue South Apt. 1016 | | |
| Nashville, TN 37212 | | |

FOR AND IN CONSIDERATION of the sum of Ten dollars ($10.00), cash in hand paid by the hereinafter named Grantee, and other good and valuable considerations, the receipt of which is hereby acknowledged, I,

**Katharine Marie Nicodemus, a married woman**

(hereinafter called the "Grantor"), have bargained and sold, and by these presents do transfer and convey unto

**EJN Properties, LLC**

(hereinafter called the "Grantee"), its successors and assigns, a certain tract or parcel of land in Davidson County, Tennessee, described as follows, to-wit:

BEING Unit No. 1610, together with the appurtenant interest in the common elements of The Adelicia, a Condominium, a Horizontal Property Regime established by Master Deed of record in Instrument No. 20060222-0020964, as amended and Restated by Instrument No. 20071212-0143307 and Instrument No. 20090818-0077786, Register's Office for Davidson County (Collectively, the "Master Deed"), said Unit being depicted on the Condominium Plat attached as Exhibit "B" to the aforementioned Master Deed. Together with Parking Space Number(s) 218 and 220 and Storage pace Number(s) 73, which are assigned as Limited Common Elements appurtenant to the above described Unit, as set forth and defined in the Master Deed.

BEING the same property conveyed to Katharine Marie Nicodemus, a married woman, by Warranty Deed from Louise Elliott Marks, Trustee of the Louise Elliott Marks Living Trust Established July 10, 1981 and Restated March 25, 2008 of record in Instrument No. 20140430-0036350 Register's Office for Davidson County, Tennessee, recorded on April 30, 2014.

SP 11/2015

The subject property is not now, nor has it ever been, the marital residence of the Grantor's spouse.

This is improved property known as **900 20th Avenue South Apt. 1016, Nashville, TN 37212.**

TO HAVE AND TO HOLD the said tract of parcel of land, together with any and all appurtenances, estate, title and interest thereto belonging to the said Grantee, its successors and assigns, forever.

GRANTOR COVENANTS with the said Grantee that he is lawfully seized and possessed of said land in fee simple, has a good right to convey it and the same is unencumbered, except as follows:

1. Real estate taxes for the current year, which have been prorated between the parties herein and assumed by the Grantee.

2. Matters, if any, shown on any applicable Plan of record in the Register's Office for Davidson County, Tennessee.

3. Covenants, conditions, restrictions, reservations and easements, if any, contained in former instruments of record pertaining to subject property.

GRANTOR FURTHER COVENANTS and binds himself, his heirs and representatives, to warrant and forever defend the title to the said land to the said Grantee, its successors and assigns, against the lawful claims of all persons whomsoever.

Wherever used, the singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

IN WITNESS WHEREOF the Grantor has hereunto executed this instrument on this the 6th day of July, 2018.

_Katharine Marie Nicodemus_ (signature)
Katharine Marie Nicodemus

STATE OF TENNESSEE
COUNTY OF _Davidson_

Personally appeared before me, the undersigned, a Notary Public, in and for said County and State, the within named, Katharine Marie Nicodemus, the bargainor(s), with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence) and who acknowledged that she executed the within instrument for the purposes therein contained, and who swore to the statements made above and subscribed their names above.

Witness my hand and official seal this 6th day of July, 2018.

_(signature)_
Notary Public
My Commission Expires: _11/19/2018_

SolomonParks File No. 18-001213-528

(Notary seal: JONATHAN R. MEDLEY, STATE OF TENNESSEE NOTARY PUBLIC, WHITE COUNTY)

SP 11/2015