# Commonwealth of Kentucky
## Alison Lundergan Grimes, Secretary o[f State]

| | | |
|---|---|---|
| Alison Lundergan Grimes<br>Secretary of State<br>P. O. Box 1150<br>Frankfort, KY 40602-1150<br>(502) 564-3490<br>http://www.sos.ky.gov | **Annual Report**<br>**Online Filing** | **ARP** |

```
LARP
0632473
Alison Lundergan Grimes
KY Secretary of State
Received and Filed
  1/25/2019 11:16:08 AM
Fee receipt:  $15.00
```

**Company:** JWN CONSULTING, L.L.C.
**Company ID:** 0632473
**State of origin:** Kentucky
**Formation date:** 2/16/2006 12:00:00 AM
**Date filed:** 1/25/2019 11:16:08 AM
**Fee:** $15.00

### Principal Office
3907 LELAND RD
LOUISVILLE, KY 40207

### Registered Agent Name/Address
JEFFERSON W. NEAL
3907 LELAND RD
LOUISVILLE, KY 40207

### Members/Managers

| | | |
|---|---|---|
| Manager | JEFFERSON W. NEAL | 3907 Leland Road, Louisville, KY 40207 |

**County:** Jefferson
**Business size:** Small
**Business type:** Other

### Signatures
**Signature** Jefferson W. Neal
**Title** Manager

# Commonwealth of Kentucky
## Alison Lundergan Grimes, Secretary of State

|  |  |  |
|---|---|---|
| Alison Lundergan Grimes<br>Secretary of State<br>P. O. Box 1150<br>Frankfort, KY 40602-1150<br>(502) 564-3490<br>http://www.sos.ky.gov | **Annual Report<br>Online Filing** | **ARP** |

```
LARP
0886773
Alison Lundergan Grimes
KY Secretary of State
Received and Filed
  1/25/2019 11:12:16 AM
Fee receipt: $15.00
```

**Company:** Capital Management Consulting, LLC
**Company ID:** 0886773
**State of origin:** Kentucky
**Formation date:** 5/8/2014 12:36:36 PM
**Date filed:** 1/25/2019 11:12:16 AM
**Fee:** $15.00

### Principal Office
3907 LELAND ROAD
LOUISVILLE, KY 40207

### Registered Agent Name/Address
JEFFERSON W NEAL
3907 LELAND ROAD
LOUISVILLE, KY 40207

### Members/Managers
| | | |
|---|---|---|
| Manager | Jefferson W Neal | 3907 Leland Rd., Louisville, KY 40207 |

| | |
|---|---|
| County: | Jefferson |
| Business size: | Small |
| Business type: | Insurance Agents, Brokers and Service |

### Signatures
**Signature** Jefferson W. Neal
**Title** Manager

# Commonwealth of Kentucky
## Alison Lundergan Grimes, Secretary of State

LARP
0632473
Alison Lundergan Grimes
KY Secretary of State
Received and Filed
1/25/2019 11:16:08 AM
Fee receipt: $15.00

Alison Lundergan Grimes
Secretary of State
P. O. Box 1150
Frankfort, KY 40602-1150
(502) 564-3490
http://www.sos.ky.gov

# Annual Report
# Online Filing

**ARP**

**Company:** JWN CONSULTING, L.L.C.
**Company ID:** 0632473
**State of origin:** Kentucky
**Formation date:** 2/16/2006 12:00:00 AM
**Date filed:** 1/25/2019 11:16:08 AM
**Fee:** $15.00

## Principal Office
3907 LELAND RD
LOUISVILLE, KY 40207

## Registered Agent Name/Address
JEFFERSON W. NEAL
3907 LELAND RD
LOUISVILLE, KY 40207

## Members/Managers
Manager        JEFFERSON W NEAL        3907 Leland Road, Louisville, KY 40207

| | |
|---|---|
| County: | Jefferson |
| Business size: | Small |
| Business type: | Other |

## Signatures
**Signature** Jefferson W. Neal
**Title** Manager