Case 19-30643-acs    Doc 37-4    Filed 11/05/19    Entered 11/05/19 18:18:27    Page 1 of 3

Filed          18-CI-002002    05/20/2019          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
08/06/2019 04:30:01 PM
F7008-1

Page 1

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
DIVISION ELEVEN (11)
CIVIL ACTION NO. 18-CI-002002
JUDGE BRIAN EDWARDS

BRYAN BURNETT
as Administrator of the                        PLAINTIFF
ESTATE OF GARY BURNETT

And

JOEL SHAW                                      INTERVENING PLAINTIFF

V.

JEFFERSON NEAL                                 DEFENDANT

And

JEFFERSON NEAL                                 THIRD-PARTY PLAINTIFF

V.

BRUNSWICK CORPORATION
and DEBORAH DAY                                THIRD-PARTY DEFENDANTS

VIDEO DEPOSITION

***************

DEPONENT:       JEFFERSON NEAL

DATE:           NOVEMBER 5, 2018

REPORTER:       WENDY McLAUGHLIN COTTON, CCR


LOUISVILLE LEGAL REPORTERS
SUITE 602
101 NORTH SEVENTH STREET
LOUISVILLE, KY 40202

NOT ORIGINAL DOCUMENT
08/06/2019 04:30:01 PM
F7008-1

Page 6

```
 1      A.    Franklin Simpson.
 2      Q.    -- Franklin Simpson?
 3      A.    Uh-huh.
 4      Q.    And what year was that?
 5      A.    '83.
 6      Q.    Okay.  And since that time have you had any
 7  additional school?
 8      A.    Yeah, I have a graduate degree.  I have an MBA from
 9  Western.
10      Q.    All right.  When did you get your undergraduate
11  degree at Western or did you?
12      A.    '89.
13      Q.    And what was that in?
14      A.    Um, business and accounting, finance.
15      Q.    All right.  And then you got an MBA from Western?
16      A.    Uh-huh, that would '90 -- end of '91.
17      Q.    And what was that in?
18      A.    Um, the area of focus was finance.
19      Q.    And since 1991 have you been continuously employed?
20      A.    I have.
21      Q.    All right.  And who do you work for now?
22      A.    Myself.
23      Q.    And what's the name of your company?
24      A.    Capital Management Consulting.
25      Q.    Where are you located?
```

Case 19-30643-acs   Doc 37-4   Filed 11/05/19   Entered 11/05/19 18:18:27   Page 3 of 3

Filed          18-CI-002002     05/20/2019        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
08/06/2019 04:30:01 PM
F7008-1

Page 7

```
 1        A.    Um, Cincinnati.  It's 419 Plumb Street and it's the
 2   main office.  I've got an office here too but the main office
 3   is in Cincinnati.
 4        Q.    So Capital Management --
 5        A.    Consulting.
 6        Q.    -- Consulting is a, an Ohio based LLC?
 7        A.    Kentucky based, Kentucky based LLC.
 8        Q.    Okay.  And what is it that you do?
 9        A.    Um, I partner with, um, legal and accounting firms,
10   um, either through mergers and acquisitions.  Um, we do a lot
11   of estate planning, a lot of -- I've got a full platform for
12   831(b) captive insurance companies, if a company has enough
13   revenue to, to be able to do that.  I do a lot of ESOPs.  I
14   transition a lot of privately owned companies into employee
15   owned companies, and I provide consulting and investment,
16   investment services for those companies.
17        Q.    So your primary industry that you work in are?
18        A.    They're all over, they're all over the place.  I
19   basically, I get referrals from major accounting firms, um,
20   major law firms and financial planning firms.  If they have a
21   company that needs some assistance either from an insurance
22   perspective or a tax perspective or if they're looking to
23   sell their company.
24        Q.    When you say from an insurance perspective, are you
25   then placing them with, um, carriers?
```