

### ESTATE OF GARY BURNETT, CO-ADMIN. OF VS. NEAL, JEFFERSON

**JEFFERSON CIRCUIT COURT**

**18-CI-002002**    Filed on **04/05/2018** as **PERSONAL INJURY** with **HON. BRIAN EDWARDS**

**** NOT AN OFFICIAL COURT RECORD ****

| Case Memo | 18-CI-002002 |
|---|---:|
| *JURY FEE PAID* | |

| Parties | 18-CI-002002 |
|---|---:|

**BRUNSWICK CORPORATION** as **DEFENDANT - THIRD PARTY**

**Summons**
**CIVIL SUMMONS** issued on **05/23/2018** served on **06/01/2018** by way of **CERTIFIED MAIL**
*THIRD PARTY COMPLAINT SERVE C/M C T CORP SUCCESSFUL*

**DAY, DEBORAH** as **DEFENDANT - THIRD PARTY**

**Address**
1633 BEECHWOOD AVE
LOUISVILLE KY 40204

**Summons**
**CIVIL SUMMONS** issued on **06/06/2018** served on **06/19/2018** by way of **PERSONAL SERVICE**
*TP SERVE BY SHERIFF. SERVED*

**ESTATE OF GARY BURNETT, CO-ADMIN. OF** as **PLAINTIFF / PETITIONER**

**NEAL, JEFFERSON** as **DEFENDANT / RESPONDENT**

**Address**
2011 FRANKFORT AVENUE, LOFT #406
LOUISVILLE KY 40206

**Summons**
**CIVIL SUMMONS** issued on **04/05/2018** by way of **PERSONAL SERVICE**
*MEMO FROM Fanning, :RECALLED PER ATTY Failed Cancelled*

**NEAL, JEFFERSON** as **PLAINTIFF - THIRD PARTY**

**NEAL, JEFFERSON** as **PLAINTIFF - THIRD PARTY**

**SHAW, JOEL** as **PLAINTIFF - INTERVENING**

**BREIT, MARC L.** as **ATTY. FOR DEFENDANT - THIRD PARTY**

**Address**
BREIT LAW OFFICE, PLLC
214 S. 8TH STREET, STE 300
LOUISVILLE KY 40202

**CLARE, BRIAN EDWARD** as **ATTORNEY FOR PLAINTIFF**

**Address**
600 W. MAIN STREET, SUITE 300
LOUISVILLE KY 40202

**KELLY, DONALD JOSEPH** as **ATTY. FOR DEFENDANT - THIRD PARTY**

**Address**
WYATT TARRANT & COMBS
500 WEST JEFFERSON STREET, SUITE 2800
LOUISVILLE KY 40202

**MARTIN, JOHN** as **ATTORNEY FOR DEFENDANT**

**Address**
LANDRUM & SHOUSE
220 W. MAIN STREET, SUITE 1900
LOUISVILLE KY 40202

**MARTIN, JOHN R., JR.** as **ATTY. FOR PLAINTIFF - THIRD PARTY**

| Address |
|---|
| 220 WEST MAIN STREET |
| SUITE 1900 |
| LOUISVILLE KY 40202 |

**MONDL, JAMES** as **ATTORNEY FOR DEFENDANT**

| Memo |
|---|
| CO-COUNSEL |

| Address |
|---|
| 701 MARKET ST STE 260 |
| SAINT LOUIS MO 63101 |

**MONDL, JAMES K.** as **ATTY. FOR PLAINTIFF - THIRD PARTY**

| Address |
|---|
| 701 MARKET ST STE 260 |
| SAINT LOUIS MO 63101 |

**WORLEY, LANGDON** as **ATTY. FOR PLAINTIFF - INTERVENING**

| Address |
|---|
| STURGILL TURNER BARKER & MOLONEY PLLC |
| 333 W. VINE STREET, SUITE 1500 |
| LEXINGTON KY 40507 |

| Documents | 18-CI-002002 |
|---|---|
| **COMPLAINT / PETITION** filed on **04/05/2018** | |
| **EXHIBIT** filed on **04/05/2018** | |
| **EXHIBIT** filed on **04/05/2018** | |
| **EXHIBIT** filed on **04/05/2018** | |
| **COMPLAINT - INTERVENING** filed on **04/24/2018** | |
| **ENTRY OF APPEARANCE** filed on **05/02/2018**<br>   JOHN R MARTIN, JR. | |
| **EXHIBIT** filed on **05/02/2018** | |
| **COUNTERCLAIM** filed on **05/02/2018**<br>   COUNTER CLAIMANT AGAINST COUNTER DFDT | |
| **ANSWER** filed on **05/02/2018**<br>   DFDT TO PLTFF COMPLAINT | |
| **EXHIBIT** filed on **05/07/2018** | |
| **EXHIBIT** filed on **05/07/2018** | |
| **TENDERED DOCUMENT** filed on **05/07/2018** | |
| **MISCELLANEOUS** filed on **05/07/2018**<br>   PRO HAC VICE - CASE SPECIFIC | |
| **ORDER ADDING PARTIES** entered on **05/15/2018**<br>   ATTY JAMES K. MONDL IS GRANTED LEAVE TO APPEAR AS CO-COUNSEL FOR JEFFERSON NEAL. | |
| **TENDERED DOCUMENT** filed on **05/15/2018**<br>   ORDER GRANTING MOTION FOR LEAVE TOFILE INTERVENING COMPLAINT. | |
| **MISCELLANEOUS** filed on **05/15/2018**<br>   ORDER | |
| **EXHIBIT** filed on **05/16/2018** | |
| **EXHIBIT** filed on **05/16/2018** | |
| **TENDERED DOCUMENT** filed on **05/16/2018**<br>   MOTION TO STRIKE DFDT'S COUNTERCLAIM AGAINST DEBORAH DAY. ORDER TENDERED | |
| **ORDER TO FILE INTERVENING COMPLAINT** entered on **05/18/2018** | |

| | |
|---|---|
| | FOR JOEL SHAW. |
| **COMPLAINT - INTERVENING** filed on **05/18/2018** | |
| | FOR JOEL SHAW. |
| **ORDER TO FILE THIRD-PARTY COMPLAINT** entered on **05/18/2018** | |
| | FOR 3RD PTY PLTF JEFFERSON NEAL AGAINST BRUNSWICK CORP. |
| **COMPLAINT - THIRD PARTY** filed on **05/23/2018** | |
| | $30.00 FEE PAID |
| **COMPLAINT - THIRD PARTY** filed on **05/23/2018** | |
| **EXHIBIT** filed on **05/23/2018** | |
| **TENDERED DOCUMENT** filed on **05/23/2018** | |
| | MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT AGAINST DEBORAH DAY. ORDER TENDERED. |
| **ORDER REMANDED** entered on **06/05/2018** | |
| | PLTF'S MOTION TO STRIKE. |
| **ORDER OF INTERVENING THIRD PARTY COMPLAINT** entered on **06/05/2018** | |
| | FOR DEFT JEFFERSON NEAL. |
| **COMPLAINT - THIRD PARTY** filed on **06/06/2018** | |
| | THIRD PARTY FEE PAID $30.00. |
| **ANSWER** filed on **06/07/2018** | |
| | TO INTERVENING COMPLAINT. |
| **ANSWER** filed on **07/02/2018** | |
| | TO DFDT/TPP, JEFFERSON NEAL'S THIRD-PARTY COMPLAINT |
| **ANSWER** filed on **07/23/2018** | |
| | TO THIRD-PARTY COMPLAINT FILED BY THIRD-PARTY PLTFF |
| **NOTICE TO TAKE DEPOSITION** filed on **08/31/2018** | |
| | Jefferson neal |
| **NOTICE TO TAKE DEPOSITION** filed on **09/05/2018** | |
| | Deborah Day |
| **NOTICE OF FILING** filed on **09/14/2018** | |
| | plaintiff Jefferson neal's responses to third-party dfdt Brunswick corp |
| **ENTRY OF APPEARANCE** filed on **11/16/2018** | |
| **NOTICE TO TAKE DEPOSITION** filed on **11/28/2018** | |
| | NTD - SEAN THOMAS |
| **EXHIBIT** filed on **11/28/2018** | |
| | SUBPOENA |
| **NOTICE TO TAKE DEPOSITION** filed on **11/28/2018** | |
| | NTD - TARA TAYLOR |
| **EXHIBIT** filed on **11/28/2018** | |
| | SUBPOENA |
| **NOTICE OF FILING** filed on **12/06/2018** | |
| | NOTICE OF SERVICE |
| **NOTICE TO TAKE DEPOSITION** filed on **12/07/2018** | |
| **NOTICE TO TAKE DEPOSITION** filed on **01/03/2019** | |
| | NTD - OFFICER WAYNE WILSON |
| **EXHIBIT** filed on **01/03/2019** | |
| | WILSON SUBPOENA |
| **RESPONSE** filed on **01/17/2019** | |
| | TO REQUEST OF DOCUMENTS |
| **TENDERED DOCUMENT** filed on **05/13/2019** | |
| | THIRD-PARTY DEF BRUNSWICK MOT FOR SUMMARY JUDGMENT ord. tend. |
| **RESPONSE** filed on **05/20/2019** | |
| | DEFENDANTS RESPONSE TO MOTION FOR SUMMARY JUDGMENT |
| **EXHIBIT** filed on **05/20/2019** | |
| | EXHIBIT A |
| **EXHIBIT** filed on **05/20/2019** | |
| | EXHIBIT B |
| **EXHIBIT** filed on **05/20/2019** | |
| | EXHIBIT C |

| | |
|---|---|
| | EXHIBIT C |
| **EXHIBIT** filed on **05/20/2019** | |
| | EXHIBIT G |
| **EXHIBIT** filed on **05/20/2019** | |
| | EXHIBIT H |
| **MEMORANDUM** filed on **05/20/2019** | |
| | MEMO IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |
| **EXHIBIT** filed on **05/20/2019** | |
| | EXHIBIT A |
| **EXHIBIT** filed on **05/20/2019** | |
| | EXHIBIT B |
| **EXHIBIT** filed on **05/20/2019** | |
| | EXHIBIT C |
| **EXHIBIT** filed on **05/20/2019** | |
| | EXHIBIT D |
| **EXHIBIT** filed on **05/20/2019** | |
| | EXHIBIT E |
| **EXHIBIT** filed on **05/20/2019** | |
| | EXHIBIT F |
| **EXHIBIT** filed on **05/20/2019** | |
| | EXHIBIT G |
| **EXHIBIT** filed on **05/20/2019** | |
| | EXHIBIT H |
| **TENDERED DOCUMENT** filed on **05/20/2019** | |
| | JEFFERSON NEAL'S MOTION FOR SUMMARY JUDGMENT ord. tend. |
| **REPLY** filed on **05/29/2019** | |
| | REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |
| **TENDERED DOCUMENT** filed on **05/29/2019** | |
| **REPORT** filed on **06/03/2019** | |
| | NO SETTLEMENT |
| **RESPONSE** filed on **06/05/2019** | |
| | PLAINTIFF'S RESPONSE TO DEFENDANT' S MSJ |
| **EXHIBIT** filed on **06/05/2019** | |
| | 1 - KRS 235.240 |
| **EXHIBIT** filed on **06/05/2019** | |
| | 2 - KRS 235.300 |
| **EXHIBIT** filed on **06/05/2019** | |
| | 3 - 301 KAR 6:030 |
| **RESPONSE** filed on **06/06/2019** | |
| | NEAL'S RESPONSE TO BRUNSWICK'S MSJ |
| **EXHIBIT** filed on **06/06/2019** | |
| | EXHIBIT I |

| | |
|---|---|
| **EXHIBIT** filed on **06/06/2019** | |
| | EXHIBIT A-1 |
| **EXHIBIT** filed on **06/06/2019** | |
| | EXHIBIT A-2 |
| **REPLY** filed on **06/17/2019** | |
| | REPLY IN SUPPORT OF BRUNSWICK'S MOTION FOR SJ |
| **REPLY** filed on **06/17/2019** | |
| | REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |
| **RESPONSE** filed on **08/06/2019** | |
| | JOINDER IN RESPONSE |
| **OPINION AND ORDER** entered on **08/23/2019** | |
| | GRANTING THIRD- PARTY DFDT BRUNSWICK CORP.'S MOTION FOR SUMMARY JUDGMENT |
| **OPINION AND ORDER** entered on **08/23/2019** | |
| | GRANTING DEBORAH DAY'S MOTION FOR SUMMARY JUDGMENT |
| **OPINION AND ORDER** entered on **08/26/2019** | |
| | DENYING JEFFERSON NEAL'S MOTION FOR SUMMARY JUDGMENT |

*DENYING JEFFERSON NEAL'S MOTION FOR SUMMARY JUDGMENT*

**TENDERED DOCUMENT** filed on **09/11/2019**
  *ORDER FOR TRIAL DATE*

**ORDER SETTING TRIAL / HEARING** entered on **09/24/2019**
  *JT- 07/21/2020 @10*

| Events | 18-CI-002002 |
|---|---|

**JURY TRIAL** scheduled for **07/21/2020 10:00 AM** in room **11** with **HON. BRIAN EDWARDS**

**MOTION HOUR** scheduled for **09/23/2019 02:45 PM** in room **11** with **_RELEASED ON UNIFORM BAIL SCHEDULE**

  Motions
  - **MOTION TO SET FOR TRIAL** filed on **09/11/2019** by **AP**
    *ORDER TENDER*

**OTHER HEARING** scheduled for **08/07/2019 01:30 PM** in room **11** with **HON. BRIAN EDWARDS**
  *MOTION FOR SUMMARY JUDGMENT*

**MOTION HOUR** scheduled for **06/17/2019 02:45 PM** in room **11** with **HON. BRIAN EDWARDS**

  Motions
  - **MOTION - OTHER** filed on **05/29/2019** by **AD**
    *FOR HRG ON THIRD PTY DFDT , DEBORAH DAY'S MOT FOR SJ ; ORD TND .*

**MOTION HOUR** scheduled for **06/10/2019 02:45 PM** in room **11** with **HON. BRIAN EDWARDS**

  Motions
  - **MOTION FOR ORAL ARGUMENT** filed on **05/29/2019** by **APTP**
    *MOTION FOR ORAL ARGUMENT ord. tend.*

**MOTION HOUR** scheduled for **06/04/2018 02:45 PM** in room **11** with **HON. BRIAN EDWARDS**

  Motions
  - **MOTION - OTHER** filed on **05/23/2018** by **AD**
    *FOR LEAVE TO FILE THIRD PARTY COMPLAINT AGAINST DEBORAH DAY. ORDER TENDERED.*
  - **MOTION TO STRIKE** filed on **05/16/2018** by **AP**
    *DFDT'S COUNTERCLAIM AGAINST DEBORAH DAY. ORDER TENDERED*

**MOTION HOUR** scheduled for **05/14/2018 02:45 PM** in room **11** with **HON. BRIAN EDWARDS**

  Motions
  - **MOTION TO INTERVENE** filed on **05/07/2018** by **AD**
    *PRO HAC VICE - CASE SPECIFIC*
  - **MOTION TO APPEAR PRO HOC VICE** filed on **05/07/2018** by **AD**
    *JAMES K. MONDL TO APPEAR AS CO-COUNSEL FOR DEFENDANT*
  - **MOTION TO FILE INTERVENING COMPLAINT** filed on **04/24/2018** by **API**
    *FOR LEAVE. NO ORDER TENDERED*

**MOTION NOT REQUIRING HEARING** in room **11** with **HON. BRIAN EDWARDS**

  Motions
  - **MOTION TO FILE THIRD PARTY COMPLAINT** filed on **05/02/2018** by **AD**
    *NO ORDER TENDERED*

**MOTION NOT REQUIRING HEARING** in room **11** with **HON. BRIAN EDWARDS**

  Motions
  - **MOTION TO STRIKE** filed on **06/04/2018** by **API**
    *JOINDER IN PLTFF'S COUNTERCLAIM AGAINST DEBORAH DAY. TENDERED*

| | |
|---|---|
| **MOTION NOT REQUIRING HEARING** in room **11** with **HON. BRIAN EDWARDS** | |
| **Motions** | |
| • **MOTION FOR SUMMARY JUDGMENT** filed on **04/29/2019** by **D**<br>ORD. TEND. | |
| **MOTION NOT REQUIRING HEARING** in room **11** with **HON. BRIAN EDWARDS**<br>THIRD-PARTY DEF BRUNSWICK MOT FOR SUMMARY JUDGMENT | |
| **Motions** | |
| • **MOTION FOR SUMMARY JUDGMENT** filed on **05/13/2019** by **ADT**<br>THIRD-PARTY DEF BRUNSWICK MOT FOR SUMMARY JUDGMENT ord. tend. | |
| **MOTION NOT REQUIRING HEARING** in room **11** with **HON. BRIAN EDWARDS**<br>JEFFERSON NEAL'S MOTION FOR SUMMARY JUDGMENT | |
| **Motions** | |
| • **MOTION FOR SUMMARY JUDGMENT** filed on **05/20/2019** by **APTP**<br>JEFFERSON NEAL'S MOTION FOR SUMMARY JUDGMENT ord. tend. | |

| **Images** | **18-CI-002002** |
|---|---|
| **COMPLAINT / PETITION** filed on **04/05/2018**   *Page(s): 4* | |
| **EXHIBIT** filed on **04/05/2018**   *Page(s): 2* | |
| **EXHIBIT** filed on **04/05/2018**   *Page(s): 6* | |
| **EXHIBIT** filed on **04/05/2018**   *Page(s): 6* | |
| **SUMMONS** filed on **04/05/2018**   *Page(s): 1* | |
| **COURTESY FINANCIAL TRANSACTION REPORT** filed on **04/05/2018**   *Page(s): 1* | |
| **SUMMONS - RETURN OF SERVICE** filed on **04/16/2018**   *Page(s): 1* | |
| **MOTION TO FILE INTERVENING COMPLAINT** filed on **04/24/2018**   *Page(s): 3* | |
| **COMPLAINT - INTERVENING** filed on **04/24/2018**   *Page(s): 5* | |
| **ANSWER** filed on **05/02/2018**   *Page(s): 4* | |
| **ENTRY OF APPEARANCE** filed on **05/02/2018**   *Page(s): 2* | |
| **MOTION TO FILE THIRD PARTY COMPLAINT** filed on **05/02/2018**   *Page(s): 4* | |
| **EXHIBIT** filed on **05/02/2018**   *Page(s): 1* | |
| **COMPLAINT - THIRD PARTY** filed on **05/02/2018**   *Page(s): 9* | |
| **COUNTERCLAIM** filed on **05/02/2018**   *Page(s): 3* | |
| **MOTION TO APPEAR PRO HOC VICE** filed on **05/07/2018**   *Page(s): 2* | |
| **EXHIBIT** filed on **05/07/2018**   *Page(s): 1* | |
| **EXHIBIT** filed on **05/07/2018**   *Page(s): 1* | |
| **TENDERED DOCUMENT** filed on **05/07/2018**   *Page(s): 1* | |
| **MISCELLANEOUS** filed on **05/07/2018**   *Page(s): 1* | |
| **TENDERED DOCUMENT** filed on **05/15/2018**   *Page(s): 2* | |
| **MISCELLANEOUS** filed on **05/15/2018**   *Page(s): 1* | |
| **MOTION TO STRIKE** filed on **05/16/2018**   *Page(s): 4* | |
| **EXHIBIT** filed on **05/16/2018**   *Page(s): 6* | |
| **EXHIBIT** filed on **05/16/2018**   *Page(s): 3* | |
| **TENDERED DOCUMENT** filed on **05/16/2018**   *Page(s): 1* | |
| **MOTION - OTHER** filed on **05/23/2018**   *Page(s): 6* | |

| | |
|---|---|
| **EXHIBIT** filed on **05/23/2018**  *Page(s): 1* | |
| **TENDERED DOCUMENT** filed on **05/23/2018**  *Page(s): 1* | |
| **COMPLAINT - THIRD PARTY** filed on **05/23/2018**  *Page(s): 4* | |
| **MOTION TO STRIKE** filed on **06/04/2018**  *Page(s): 2* | |
| **ANSWER** filed on **06/07/2018**  *Page(s): 6* | |
| **ANSWER** filed on **07/23/2018**  *Page(s): 7* | |
| **NOTICE TO TAKE DEPOSITION** filed on **08/31/2018**  *Page(s): 3* | |
| **NOTICE TO TAKE DEPOSITION** filed on **09/05/2018**  *Page(s): 2* | |
| **NOTICE OF FILING** filed on **09/14/2018**  *Page(s): 2* | |
| **ENTRY OF APPEARANCE** filed on **11/16/2018**  *Page(s): 2* | |
| **EXHIBIT** filed on **11/28/2018**  *Page(s): 1* | |
| **EXHIBIT** filed on **11/28/2018**  *Page(s): 1* | |
| **NOTICE TO TAKE DEPOSITION** filed on **11/28/2018**  *Page(s): 3* | |
| **NOTICE TO TAKE DEPOSITION** filed on **11/28/2018**  *Page(s): 3* | |
| **NOTICE OF FILING** filed on **12/06/2018**  *Page(s): 2* | |
| **NOTICE TO TAKE DEPOSITION** filed on **12/07/2018**  *Page(s): 2* | |
| **EXHIBIT** filed on **01/03/2019**  *Page(s): 1* | |
| **NOTICE TO TAKE DEPOSITION** filed on **01/03/2019**  *Page(s): 3* | |
| **MOTION FOR SUMMARY JUDGMENT** filed on **05/13/2019**  *Page(s): 192* | |
| **TENDERED DOCUMENT** filed on **05/13/2019**  *Page(s): 1* | |
| **EXHIBIT** filed on **05/20/2019**  *Page(s): 160* | |
| **EXHIBIT** filed on **05/20/2019**  *Page(s): 202* | |
| **EXHIBIT** filed on **05/20/2019**  *Page(s): 100* | |
| **EXHIBIT** filed on **05/20/2019**  *Page(s): 2* | |
| **EXHIBIT** filed on **05/20/2019**  *Page(s): 1* | |
| **EXHIBIT** filed on **05/20/2019**  *Page(s): 160* | |
| **EXHIBIT** filed on **05/20/2019**  *Page(s): 202* | |
| **EXHIBIT** filed on **05/20/2019**  *Page(s): 100* | |
| **EXHIBIT** filed on **05/20/2019**  *Page(s): 174* | |
| **EXHIBIT** filed on **05/20/2019**  *Page(s): 126* | |
| **EXHIBIT** filed on **05/20/2019**  *Page(s): 114* | |
| **EXHIBIT** filed on **05/20/2019**  *Page(s): 2* | |
| **EXHIBIT** filed on **05/20/2019**  *Page(s): 1* | |
| **MOTION FOR SUMMARY JUDGMENT** filed on **05/20/2019**  *Page(s): 4* | |
| **TENDERED DOCUMENT** filed on **05/20/2019**  *Page(s): 1* | |
| **RESPONSE** filed on **05/20/2019**  *Page(s): 8* | |
| **MEMORANDUM** filed on **05/20/2019**  *Page(s): 19* | |
| **MOTION FOR ORAL ARGUMENT** filed on **05/29/2019**  *Page(s): 3* | |
| **TENDERED DOCUMENT** filed on **05/29/2019**  *Page(s): 1* | |
| **REPLY** filed on **05/29/2019**  *Page(s): 5* | |

| |
|---|
| **EXHIBIT** filed on **06/05/2019**   *Page(s): 1* |
| **EXHIBIT** filed on **06/05/2019**   *Page(s): 1* |
| **EXHIBIT** filed on **06/05/2019**   *Page(s): 6* |
| **RESPONSE** filed on **06/05/2019**   *Page(s): 20* |
| **EXHIBIT** filed on **06/06/2019**   *Page(s): 2* |
| **EXHIBIT** filed on **06/06/2019**   *Page(s): 6* |
| **EXHIBIT** filed on **06/06/2019**   *Page(s): 1* |
| **RESPONSE** filed on **06/06/2019**   *Page(s): 12* |
| **REPLY** filed on **06/17/2019**   *Page(s): 7* |
| **REPLY** filed on **06/17/2019**   *Page(s): 9* |
| **RESPONSE** filed on **08/06/2019**   *Page(s): 3* |
| **MOTION TO SET FOR TRIAL** filed on **09/11/2019**   *Page(s): 2* |
| **TENDERED DOCUMENT** filed on **09/11/2019**   *Page(s): 1* |

**\*\*\*\* End of Case Number : 18-CI-002002 \*\*\*\***